In any event, these facts raise serious questions of constitutional principle sufficient to warrant the Court's plenary review. I therefore dissent from the denial of the petition for certiorari.

No. 83–1710. COUSSENS ET AL. *v.* CARPENTERS DISTRICT COUNCIL OF DETROIT, UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, AFL–CIO, ET AL., *ante*, p. 818;

No. 83–1908. SHELBY COUNTY SHERIFF'S DEPARTMENT *v.* RUIZ, *ante*, p. 1016;

No. 83–2039. KAVANAGH *v.* MCSHEA, *ante*, p. 831;

No. 83–6633. GREEN *v.* OKLAHOMA, *ante*, p. 980;

No. 83–6777. RONSON *v.* COMMISSIONER OF CORRECTION OF THE STATE OF NEW YORK, *ante*, p. 841;

No. 83–6840. SHANNON *v.* DEROBERTIS, WARDEN, ET AL., *ante*, p. 931;

No. 83–6996. SMITH *v.* UNION MUTUAL LIFE INSURANCE CO., *ante*, p. 981;

No. 84–175. SCHREIBER *v.* GENCORP, INC., ET AL., *ante*, p. 858;

No. 84–343. GABRIEL *v.* INTERSTATE COMMERCE COMMISSION ET AL., *ante*, p. 932;

No. 84–408. CLEAR-VIEW CABLE T. V., INC. *v.* TOWN OF NARROWS, *ante*, p. 925;

No. 84–5045. COLLINS *v.* FRANCIS, WARDEN, *ante*, p. 963;

No. 84–5170. OWENS *v.* ILLINOIS, *ante*, p. 963;

No. 84–5175. OWENS *v.* ILLINOIS, *ante*, p. 963; and

No. 84–5292. HATCH *v.* MASON ET AL., *ante*, p. 886. Petitions for rehearing denied.

No. 83–2017. CHIN NIEN TSANG *v.* BOARD OF GOVERNORS OF WAYNE STATE UNIVERSITY, *ante*, p. 830. Petition for writ of mandamus and petition for rehearing denied.

No. 83–6886. VELILLA *v.* UTC/HAMILTON STANDARD DIVISION ET AL., *ante*, p. 805. Motion for leave to file petition for rehearing denied.

No. 84–5609 (A–503). GREEN *v.* ZANT, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER, *ante*, p. 1098. Application for stay of execution of sentence of death, presented to JUSTICE POWELL, and by him referred to the Court, denied. Petition for rehearing denied. JUSTICE BLACKMUN and JUSTICE STEVENS dissent and would grant the application for stay